

# Fourth Court of Appeals
## San Antonio, Texas

March 20, 2014

No. 04-13-00686-CV

**IN THE MATTER OF C.A.G.,**

From the 436th District Court, Bexar County, Texas
Trial Court No. 2013-JUV-00059
The Honorable Lisa Jarrett, Judge Presiding

## O R D E R

The appellee's first motion for extension of time to file brief is hereby GRANTED. Appellee's brief is due on or before April 14, 2014.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court